# SCHEDULE A

# SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved May 5, 2017, as Public Law 115-31, div. F, tit. VI, 131 Stat. 135, 433, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tracts: RGV-RGC-R2001E, R2001E-1, R2001E-2
Owner: Marco A. Garcia
Acres: 27.000

A 27.0 acre tract out of Porcion 74 Mier in Los Saenz, Texas, more particularly described by metes and bounds as follows:

BEGINNING at a corner of fence of South boundary line of Six Street on Los Saenz, for the most northerly corner of this tract, said corner being located 406.2 feet 75* 15'E. from the Intersection of Fresno Ave. and Sixth Street, in Los Saenz, Texas:

THENCE, S. 75* 30'E., 237.8 feet to the N.E. corner of this tract, said corner begin on the West Boundary of an alley into this land;

THENCE, S.14*21'E., 1750.0 feet to the back of the Rio Grande River for the S.E. corner of this tract;

THENCE, N.75*51'W., 577.8 feet along River Bank to a bend in line

THENCE, N.,81*06'17"W., 651.38 feet along River Bank to a set iron pin for the Southwest corner hereof;

THENCE, following fence, N. 10*50'E., 420.8 feet to a set iron pin for an inner corner hereof;

THENCE, following, N.80* 16'53" W., 312.11 feet to a set iron pin for an inner corner hereof;

THENCE, following fence, N., 09* 43'54" W., 44.10 feet to a set iron pin for a bend in line:

THENCE, N. 11*00'W., 200.0 feet along fence to the most westerly N.W. corner of this tract;

## **SCHEDULE C (cont.)**

THENCE, N. 73*00' E., 325.0 feet along fence to an exterior corner of this tract;

THENCE, S. 18*00' E., feet to an inside corner of this tract;

THENCE, N., 81*30' E., 350.1 feet to a bend in line;

THENCE, N., 75*30' E., 258.0 feet to an inside corner of this tract;

THENCE, N. 15*30' W., 291.2 feet to a deflection point of fence,

THENCE, N., 5*30'W., 408.8 feet to the point of B beginning, containing 27.0 acres;

more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



Tracts: RGV-RGC-R2001E, R2001E-1, R2001E-2
Owner: Marco A. Garcia
Acres: 27.000

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract outlined in red and yellow on the map above.

# SCHEDULE E

## **SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tracts: RGV-RGC-R2001E, R2001E-1, R2001E-2
Owner: Marco A. Garcia
Acres: 27.000

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over, and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Marco A. Garcia** <br> ▮▮▮▮▮▮▮▮▮▮ <br> Roma, Texas ▮▮▮▮ | **RGV-RGC-R2001E, R2001E-1, R2001E-2** <br><br> Warranty Deed, Document # 232129, filed for record September 2, 2003, in the Office of the County Clerk of Starr County, Texas in Volume 972, Page 721, Deed Records, Starr County, Texas. |